UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-043RAJ |
| Plaintiff, | |
| v. | **ORDER CONTINUING DETENTION SUPERSEDING INDICTMENT** |
| DERRICK MAURICE JACKSON, | |
| Defendant. | |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 28th day of May, 2025.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION SUPERSEDING; CR25-043RAJ - 1
*United States v. Jackson*
USAO No. 2023R01150

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970