

*U.S. Department of Justice*

*United States Attorney*
*Western District of Washington*

---

*700 Stewart Street, Suite 5220*   *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*   *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

May 29, 2025

**VIA ECF**

LENNARD ANTHONY NAHAJSKI
Attorney at Law

      Re:    *United States v. Derrick Maurice Jackson, et al.*
             No. CR25-43 RAJ, USDC, W.D. Washington

Dear Counselor:

      Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

      Date:      Thursday, June 5, 2025

      Time:      9:00 a.m.

      Before:      S. Kate Vaughan, United States Magistrate Judge

      Place:      United States Courthouse, Room 12B
                   700 Stewart Street, 12th Floor, Seattle, WA 98101

      It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court. The superseding indictment and other documents related to this case are available on the Court's Electronic Docketing System.

      If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

      The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

      Very truly yours,

      TEAL LUTHY MILLER
      Acting United States Attorney

      *s/ Marci L. Ellsworth*
      MARCI L. ELLSWORTH
      Assistant United States Attorney