IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR25-043 - RAJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | DEFENDANT JACKSON'S MOTION |
| DERRICK M. JACKSON, ) | TO ALLOW WITHDRAWAL AND FOR |
| ) | APPOINTMENT OF DEFENSE COUNSEL |
| Defendant. ) | |

TO:   CLERK OF THE U.S. DISTRICT COURT; and
      UNITED STATES ATTORNEY'S OFFICE

COMES NOW the defendant, by and through counsel of record Lennard A. Nahajski, and respectfully requests the Court allow counsel to withdraw as attorney of record, and for the appointment of counsel. The defendant has already submitted a Financial Affidavit to the Federal Public Defender to facilitate appointment of counsel.

This motion is made at the request of the defendant and based on the records and files herein.

DATED this 3rd day of JUNE, 2025.

THE NAHAJSKI FIRM

_____
Lennard A. Nahajski
The Nahajski Firm
10900 NE Fourth Street, Suite 2300
Bellevue, WA  98004-5882
206-621-0500
fax: 206-400-7636
email: len@nahajski.com
Attorney for Defendant (withdrawing)

DEFENDANTS'S MOTION TO ALLOW WITHDRAWAL AND
APPOINTMENT OF DEFENSE COUNSEL -- 1

NAHAJSKI FIRM
10900 – NE Fourth Street, Suite 2300
Bellevue, WA 98004-5882
206-621-0500 fax: 206-400-7636